## LEIGHTY ET AL. *v.* RENBARGER

[No. 17,469. Filed March 28, 1946. Rehearing Denied April 26, 1946. Transfer Denied May 28, 1946.]

*Dan M. Link*, of Auburn, and *Wm. J. Hull*, of Cleveland, Ohio, for appellants.

*Mountz & Mountz*, of Garrett, for appellee.

FLANAGAN, C. J.—Appellee has filed herein a motion to dismiss this appeal on the ground that no question for review has been presented.

The error relied upon for reversal is the overruling of appellants' motion for a new trial which attempts to challenge the sufficiency of the evidence and the legality of the decision. But appellants' brief does not contain the pleadings, the motion for a new trial, the judgment, nor a statement of the evidence in narrative form. No question is therefore presented. Rule 2-17, Rules of Supreme Court.

Appeal dismissed.

NOTE.—Reported in 65 N. E. (2d) 637.